# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF NEW YORK

## JUDGMENT IN A CIVIL CASE

**13 State Street LLC**

      Plaintiff

vs.                             **CASE NUMBER: 1:20-cv-77 (DNH/DJS)**

**Acadia Insurance Company**

      Defendant

**Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED: ORDER granting 34 Motion for Summary Judgment; denying 33 Motion for Summary Judgment: ORDERED that 1. Defendant Acadia Insurance Company's motion for summary judgment is GRANTED; 2. Plaintiff 13 State Street LLC's motion for summary judgment is DENIED; and 3. Plaintiff 13 State Street LLC's complaint is DISMISSED.

All of the above pursuant to the order of the Honorable David N. Hurd, dated the 9th day of May, 2022.

DATED: May 9, 2022

*[signature]*
Clerk of Court

                                      s/Kathy Rogers
                                      Deputy Clerk